# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**CATHERINE SMITH**                                                    **PLAINTIFF**

**VS.**                         **CASE NO. 3:14CV00271 PSH**

**CAROLYN W. COLVIN, Acting Commissioner,**
    **Social Security Administration**                              **DEFENDANT**

## JUDGMENT

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this 13th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE